IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-480-D

JOSEPH PIRELA,  )
 )
          Plaintiff,  )
 )
v.  )     **ORDER**
 )
STATE OF FLORIDA, et al.,  )
 )
          Defendants.  )

On October 5, 2017, Magistrate Judge Jones issued a Memorandum and Recommendation ("M&R") [D.E. 5] and recommended that plaintiff's application to proceed in forma pauperis be granted and that the complaint be dismissed as frivolous. On October 10, 2017, plaintiff objected to the M&R [D.E. 6]. On October 7, 2017, plaintiff moved to stop court equipment being enforced in cases with no evidence [D.E. 7]. On October 12, 2017, plaintiff moved to stop court equipment from causing cardiac arrhythmias and genocide [D.E. 8], moved to stop an appeal in the Eleventh Circuit [D.E. 9], and appealed any decision forcing plaintiff to be gay [D.E. 10]. On October 16, 2017, plaintiff filed a notice of filing copy guardianship appeals to the United States Supreme Court [D.E. 11]. On October 18, 2017, plaintiff filed a notice of filing copy motion for rehearing guardianship appeals to the United States Supreme Court [D.E. 12]. On October 20, 2017, plaintiff filed a motion to stop extortion in malicious incrimination with no evidence appeals [D.E. 13], and a notice of filing brief for conference [D.E. 14]. On October 23, 2017, plaintiff filed a second motion to stop extortion in malicious incrimination with no evidence appeals [D.E. 15], and a document titled Joseph Pirela v Unknown Bar of Homosexuals [D.E. 16].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R, the record, and plaintiff's objections. As for those portions of the M&R to which plaintiff made no objection, the court is satisfied that there is no clear error on the face of the record.

As for the objections, the court has reviewed the objections and the M&R de novo. Plaintiff's objections are baseless and delusional and are overruled. As for plaintiff's other motions [D.E. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16], the motions are baseless and delusional and are denied.

In sum, plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. Plaintiff's other motions [D.E. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16] are DENIED. The clerk shall close the case.

SO ORDERED. This 28 day of December 2017.

JAMES C. DEVER III
Chief United States District Judge