UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH PIRELA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-CV-480-D** |
| ) | |
| ) | |
| THE STATE OF FLORIDA, ILEANA ) | |
| ROS-LEHTINEN, THOMAS WILLIAMS, ) | |
| ALOYMA SANCHEZ, ERVIN ) | |
| GONZALEZ, Deceased, MERCEDES ) | |
| ALEMAN, CARLOS LARA, ETHIEL ) | |
| HERNANDEZ CALDERON, FREDDIE ) | |
| CRUZ, Miami Police Officers, MIAMI ) | |
| POLICE OFFICER ROBERTO, DENIS ) | |
| FONSECA, Miami Police Office, MABEL ) | |
| FONSECA, Miami Police Officer, ) | |
| OLAIDA VILLALOBOS, Miami Police ) | |
| Officer, CARLOS ALVAREZ, Miami ) | |
| Police Officer, CHARLES DAVID, Miami ) | |
| Police Officer, COUNTIN ANGEL ) | |
| MIRANDA, Miami Police Officer, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. Plaintiff's other motions [D.E. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16] are DENIED.

**This Judgment Filed and Entered on December 28, 2017, and Copies To:**

Joseph Pirela                                                      (Sent to 2317 Fox Ridge Manor Dr. Raleigh, NC 27610 via US Mail)


DATE:                                         PETER A. MOORE, JR., CLERK

December 28, 2017                         (By)  /s/ Nicole Briggeman
                                                            Deputy Clerk